# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ENTRE HAMPTON

VERSUS

PETROLEUM SERVICES GROUP,
LLC; CF INDUSTRIES NITROGEN,
LLC; QUALITY CARRIERS, INC.;
CLYDE RICHARD; AND OLD
REPUBLIC INSURANCE COMPANY

NO.   2022 CW 1238

**NOVEMBER 22, 2022**

---

In Re:   Clyde Richard, Quality Carriers, Inc., and Allianz
         Underwriters Insurance Co., applying for supervisory
         writs, 19th Judicial District Court, Parish of East
         Baton Rouge, No. 691998.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

   **WRIT DISMISSED.**   Pursuant to the motion to withdraw
application for supervisory writs filed by relators,
representing that relators have reached a compromise and
settlement with plaintiff which will completely resolve this
matter making this writ application moot, and requesting that
the writ application be withdrawn, this writ is dismissed.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT